# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID WAYNE BOLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-CV-282-RAW ) |
| STATE OF OKLAHOMA, | ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the Order entered contemporaneously herewith, it is hereby ORDERED, ADJUDGED and DECREED that this case is dismissed.

IT IS SO ORDERED this 13th day of February, 2023.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA